UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 2:20-CV-00102 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES L. GRAHAM |
| | ) | |
| Vs. | ) | |
| | ) | |
| FADO COLUMBUS, LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the plaintiff, by and through counsel, and hereby gives Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). The parties have resolved the dispute and, as such, Plaintiff now desires the dismissal of all claims against Defendant with prejudice.

Respectfully submitted,

**/s/ COLIN G. MEEKER**
Colin G. Meeker (#0092980)

Attorney for Plaintiff, SPENCER NEAL

Respectfully submitted,

**/s/ JACQUELINE N. RAU**
Jacqueline N. Rau (#0089899)

Attorney for Defendant, Fado Columbus, LLC